```
               UNITED STATES DISTRICT COURT

                 DISTRICT OF NEW HAMPSHIRE
```

Jeannette Elber

    v.                                Civil No. 11-cv-00059-JL

Schleicher & Colwen Management
Inc., et al.


**ORDER AFTER PRELIMINARY**
**PRETRIAL CONFERENCE**


    The Preliminary Pretrial Conference was held in chambers on **May 5, 2011**.

    The Discovery Plan (document no. 9) is approved as submitted, with the following changes:

- Close of discovery - **April 1, 2012**
- Summary judgment deadline - **January 6, 2012**
- Jury trial - **May, 2012**

    Based on the discussions between the court and counsel at the conference, the following are **stricken** without prejudice to being reinstated on request if warranted by the evidence:

- the plaintiff's claim for a breach of duty not to over serve alcohol in Count I (but the claim remains in Count II).

- the following affirmative defenses: ¶ 26 (statute of limitations); ¶ 31 (assumption of risk).

**Summary Judgment.** The parties and counsel are advised that compliance with Rule 56(e) and Local Rule 7.2(b), regarding evidentiary support for factual assertions, and specification and delineation of material issues of disputed fact, will be required.

**Discovery disputes.** Discovery disputes will be handled by the undersigned judge, as opposed to the Magistrate Judge, in the normal course. No motion to compel is necessary. The party or counsel seeking discovery-related relief should confer with adverse counsel to choose mutually available dates, and then contact the Deputy Clerk to schedule a conference call with the court. The court will inform counsel and parties what written materials, if any, should be submitted in advance of the conference call.

Customary motions to compel discovery, while disfavored by the undersigned judge, are nonetheless permissible. If counsel prefer traditional discovery litigation to the conference call procedure set forth above, any such motion to compel should expressly request, in the title of the motion, a referral to the United States Magistrate Judge. Such referral requests will

normally be granted. If the Magistrate Judge is recused, alternate arrangements will be made.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: May 5, 2011

cc: Peter E. Hutchins, Esq.
Robert C. Dewhirst, Esq.